UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DENISE M. HITE, a/k/a
MCCASKILL,

    Plaintiff

vs.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant

No. 3:12-CV-00016

(Judge Nealon)

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Denise M. Hite and against the Commissioner of Social Security, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Denise M. Hite disability insurance benefits is **VACATED** and the case **REMANDED** to the Commissioner of Social Security to:

2.1 Conduct a new administrative hearing and appropriately evaluate the medical evidence and the credibility of Denise M. Hite.

3. The Clerk of Court shall **CLOSE** this case.

/s/ William Nealon
United States District Judge

Dated: July 2, 2013

FILED
SCRANTON

JUL - 2 2013

PER M.L.B.
DEPUTY CLERK